UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MUTHU NARAYANAN,

                    Plaintiff,                              15 CV 6165 (MAT) (MWP)

        v.

SUTHERLAND GLOBAL HOLDINGS, INC.,        **NOTICE OF APPEAL**

                    Defendant.
_____

           Defendant, Sutherland Global Holdings, Inc. ("Sutherland Global"), hereby

appeals to the United States Court of Appeals for the Second Circuit from the District

Court's May 7, 2019 Order, *see* ECF No. 148, denying Sutherland Global's motion to vacate

that portion of the Court's May 16, 2018 Order, *see* ECF No. 116, which denied Sutherland

Global summary judgment on its breach of fiduciary duty counterclaim and granted Plaintiff

summary judgment on same, from which a final judgment was subsequently entered in this

action on May 17, 2018.  *See* ECF No. 117.

Dated:  New York, New York          PHILLIPS LYTLE LLP
         June 4, 2019

                                  By: /s/ Joseph B. Schmit

                                    Joseph B. Schmit
                                    Richard Weingarten
                          Attorneys for
                          *Sutherland Global Holdings, Inc.*
                          340 Madison Avenue, 17th Floor
                          New York, New York 10173
                          Telephone No.: (212) 759-4888
                          jschmit@phillipslytle.com
                          rweingarten@phillipslytle.com

                            - and -

Sean C. McPhee
One Canalside
125 Main Street
Buffalo, New York 14203
Telephone No.: (716) 847-8400
smcphee@phillipslytle.com

To:    **BY ECF**
John Robert Cuti
Daniel E. Mullkoff
*Attorneys for Plaintiff*
Cuti Hecker Wang LLP
305 Broadway, Suite 607
New York, New York 10007

Doc #02-808130